**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MICHAEL RENE' BURLEIGH                                                                        PLAINTIFF

V.                                               3:07CV00039-WRW

ARKANSAS, STATE OF *et al.*                                                               DEFENDANTS

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 5th day of June, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE